1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10    JEROME BLAKE,                          CASE NO. C14-0633JLR

11                        Petitioner,        ORDER DISMISSING PETITION

12              v.

13    DONALD HOLBROOK,

14                        Respondent.

15          Petitioner Jerome Blake moves to voluntarily dismiss his habeas corpus petition

16    without prejudice.  (*See* Dkt. # 16 ("So if the courts would be merciful in dismissing my

17    brief (habeas corpus) without prejudice so that I could re-visit these issue[s] at a later

18    time."))  Respondent Donald Holbrook does not object to Mr. Blake's motion.  (Dkt.

19    # 17.)  In light of the parties' agreement, the court GRANTS Mr. Blake's motion (Dkt.

20    # 16) and DISMISSES his habeas corpus petition (Dkt. # 3) without prejudice pursuant to

21    Federal Rule of Civil Procedure 41(a)(2).

22    //

ORDER- 1

1   Further, the court STRIKES Magistrate Judge Theiler's Report and Recommendations

2   (Dkt. # 13) as moot.

3          Dated this 3rd day of November, 2014.

4

5

6          _____

7          JAMES L. ROBART
           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 2